IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN WHITE,
as Executor of the Estate of
Robert Thomas, deceased                                              PLAINTIFF

v.                            3:14-cv-258-DPM

BAJA TRUCKING LC                                                     DEFENDANT

ORDER

I recuse because Mr. Bristow, one of White's lawyers, is on my recusal list. The Clerk shall reassign this case at random by chip exchange.

\_\_\_*D.P. Marshall Jr.*\_\_\_
D.P. Marshall Jr.
United States District Judge

4 November 2014