IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARVIN WHITE, AS EXECUTOR
OF THE ESTATE OF ROBERT THOMAS,
DECEASED                                                                                         PLAINTIFFS

v.                                      Case No. 3:14-cv-00258 KGB

BAJA TRUCKING, LC                                                                    DEFENDANTS

## ORDER

Based on docket number 13, this case is hereby removed from the trial docket for the week of October 26, 2015.

SO ORDERED this 29th day of January, 2015.

_____
Kristine G. Baker
United States District Judge