IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARVIN WHITE, AS EXECUTOR
OF THE ESTATE OF ROBERT THOMAS,
DECEASED                                                                                            PLAINTIFFS

v.                                         Case No. 3:14-cv-00258 KGB

BAJA TRUCKING, LC                                                                          DEFENDANTS

## ORDER

Based on the parties' joint stipulation of dismissal, the Court hereby dismisses with prejudice this cause, with each party to bear their own costs (Dkt. No. 16).

SO ORDERED this 22nd day of April, 2015.

_____
Kristine G. Baker
United States District Judge